IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover
Court Reporter:    Paul Zuckerman

Date: September 17, 2007

Criminal Action No. 07-cr-00176-MSK

*Parties*:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODERICK PENNY,

    Defendant.

*Counsel*:

Michele Korver

Arthur Nieto

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

**9:20 a.m.**    **Court in session.**

Defendant present in custody.

Defendant is arraigned on Counts 1, 2 and 3 of the **Indictment**. Defendant pleads guilty to Counts 1, 2 and 3 of the **Indictment.**

Defendant sworn.

Defendant advised regarding:

    1)    The Plea Agreement;
    2)    The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)    The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:**    Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received.

**ORDER:**    Defendant's plea is accepted/(deferred until sentencing) and defendant is adjudged guilty as charged in **Counts 1, 2 and 3 of the Indictment.**

**ORDER:**    Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

                make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is set **March 10, 2008 at 10:00 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

**ORDER:** Pending Motions (**Doc. #17, 18, 19 and 20**) are **DENIED,** as moot.

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**9:54 a.m.** **Court in recess.**

**Total Time:** 34 minutes.
**Hearing concluded.**