UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00176-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODERICK PENNY,

    Defendant.

___

**ORDER RESETTING SENTENCING HEARING**
___

THIS MATTER comes before the Court *sua sponte*. A scheduling conflict exists on the date this matter is set for a Sentencing Hearing. Accordingly,

IT IS ORDERED that the Sentencing Hearing previously set for March 10, 2008, at 10:00 a.m. is **reset to March 24, 2008, at 10:00 a.m.**

DATED this 15th day of January, 2008.

        **BY THE COURT:**

        *Marcia S. Krieger*
        ___
        Marcia S. Krieger
        United States District Judge