UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00176-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RODERICK PENNY,

        Defendant.

___

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE**
___

        THIS MATTER comes before the Court on the Unopposed Motion to Reschedule or Continue Sentencing Hearing (Motion) **(#38)**. Having reviewed the Motion,

        **IT IS ORDERED** that the Motion is **GRANTED**. The Sentencing Hearing previously set for March 24, 2008, at 10:00 a.m. is **VACATED**. The parties shall contact the Court by close of business on January 22, 2008, to reset the Sentencing Hearing.

        DATED this 18th day of January, 2008.

        **BY THE COURT:**

*Marcia S. Krieger*
___

        Marcia S. Krieger
        United States District Judge