UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00176-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RODERICK PENNY,

      Defendant.

_____

## ORDER RESETTING SENTENCING HEARING
_____

**IT IS ORDERED** that a Sentencing Hearing is set for **May 5, 2008**, at **10:00 a.m.** in

Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

DATED this 24th day of January, 2008.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge