IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: February 23, 2009 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Jeannette Woll | |

Criminal Action No. 07-cr-00176-MSK

*Parties*:                                                      *Counsel*:

UNITED STATES OF AMERICA,                  Michele Korver

      Plaintiff,

v.

1. RODERICK PENNY,                                Arthur Nieto

      Defendant.

---

### SENTENCING MINUTES
---

**9:20 a.m.      Court in session**.

Defendant present in custody.

**Change of Plea Hearing on September 17, 2008.  Defendant pled guilty to Counts 1, 2 and 3 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure. **(Doc. #45)** Argument by Ms. Korver.  Defendant has no objection.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: Defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Oral findings are made of record.

**ORDER:** Government's Motion for Downward Departure **(Doc. #45)** is **GRANTED.**

**ORDER:** Government's Motion for Decrease for Acceptance of Responsibility **(Doc. #46)** is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:46 a.m.** **Court in recess.**

Total Time: 26 minutes.
Hearing concluded.